USCA1 Opinion

 

 October 6, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1665 MICHAEL ALAN CROOKER, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Douglas P. Woodlock, U.S. District Judge] ___________________ ____________________ Before Cyr, Boudin and Stahl, Circuit Judges. ______________ ____________________ Michael Alan Crooker on brief pro se. ____________________ Donald K. Stern, United States Attorney, and Karen L. Goodwin, _______________ _________________ Assistant United States Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. We have reviewed the parties' briefs and __________ the record on appeal. We agree with the district court that the appellant has not suffered a "distinct and palpable," Conservation Law Found. v. Reilly, 950 F.2d 38, 40 (1st Cir. ________________________ ______ 1991), "real and immediate," American Postal Workers Union v. _____________________________ Frank, 968 F.2d 1373, 1375 (1st Cir. 1992), injury sufficient _____ to confer standing and that federal, not state, law governs the authority of deputy United States Marshals to carry weapons. Either of these conclusions, by itself, warrants affirming the district court order of dismissal. Affirmed. _________ -2-